# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: _Diane Karin Godfrey_    Atty Name (if applicable): _____

Street Address: _38953-162nd St. E._    CA Bar No. (if applicable): _____

_Palmdale CA 93591_    Atty Fax No. (if applicable): _____

Filer's Telephone No.: _(510) 325-5270_

In re:
_Diane Karin Godfrey_
_Debtor_

Case No.: _2:11-bk-50187-BR_

Chapter 7 _X_    11 _____    13 _____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes _____    No _X_

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____    B ____    C ____    D ____    E _X_    F ____    G ____    H ____    I ____    J ____

Statement of Social Security Number(s) _____    Statement of Financial Affairs _____

Statement of Intention _____    Other _Summary of Schedules/ Statistical Summary of Liabilities_

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, _Diane Karin Godfrey_, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: _9-28-2011_

_/s/ Debtor Signature_

_____
Co-Debtor Signature

**FOR COURT USE ONLY**

FILED
SEP 30 2011

*SEE REVERSE SIDE**

B-1008 Revised November 2003

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: 9-28-011                    Diane Kann Godfrey
                               Print or Type Name

                               _____/s/_____
                               Signature

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

DIANE K. GODFREY<br>
38953 162nd St. E.<br>
Palmdale CA 93591<br>
(510) 325-5270

September 28, 2011

Clerk of United States Bankruptcy Court
Central District of California
255 E. Temple St., Rm. 940
Los Angeles CA 90012

    RE: In re Diane Karin Godfrey, Debtor
        Case #: 2:11-bk-50187-BR

Gentlemen:

    Enclosed please find an Amended Schedule E and Summary of Schedules/Statistical Summary of Certain Liabilities and Related Data and proof of service, together with a money order in the amount of $26.00.

    Also enclosed please find a Supplemental Creditor Mailing List. Pursuant to LBR 1007-4, only the changed creditor's information (amended address) has been provided. I also enclose a verification of the Supplemental Creditor Mailing List, together with proof of service on all creditors.

Sincerely

DIANE K. GODFREY

MAILING LIST

United States Trustee
725 S. Figueroa St 26th fl
Los Angeles, CA 90017


Asset Acceptance LLC
PO Box 1630
Warren, MI 48090-2036


Capital One
PO Box 30281
Salt Lake City, UT 84130


Chase Bank USA
PO Box 15298
Wilmington, DE 19850


Citibank (South Dakota) NA c/o
Hunt & Henriques
151 Bernal Rd #8
San Jose, CA 95119


Dickinson Financial c/o
Nelson & Kennard
PO Box 13907
Sacramento, CA 95853


Franchise Tax Board
Bankruptcy Section MS A:340
PO Box 2952
Sacramento, CA 95812-2952

GE Capital/Walmart
PO Box 981400
El Paso, TX 79998

1

```
GE Money Bank/Chevron
PO Box 965015
Orlando, FL 32896


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


JH Portfolio Debt Equities
c/o Credit Control LLC
5757 Phantom Drive Suite 330
Hazelwood, MO 63042


Livingston Financial LLC
c/o George L Cohn Esq
PO Box 5000
Redondo Beach, CA 90278-9200


LVNV Funding LLC
PO Box 10584
Greenville, SC 29603


Pinnacle Credit
7900 Highway 7 #100
Saint Louis Park, MN 55426


Portfolio Recovery Services
120 Corporate Blvd
Norfolk, VA 23502


US Bank Reserve Line
PO Box 5227
Cincinnati, OH 45201


West Publishing Corp
PO Box 68433
St Paul, MN 55164-0833
```

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re __DIANE KARIN GODFREY__,    Case No. __2:11-bk-50187-BR__
          Debtor

          Chapter __7__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 4 | $ 1,479.17 | | |
| C - Property Claimed as Exempt | YES | 4 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 30,805.35 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 66,061.98 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 4 | | | $ |
| J - Current Expenditures of Individual Debtors(s) | YES | 2 | | | $ |
| TOTAL | | 25 | $ 1,479.17 | $ 96,867.33 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re  DIANE KARIN GODFREY          ,  
              Debtor

Case No. 2:11-bk-50187-BR

Chapter 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 30,805.35 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 30,805.35 |

**State the following:**

| Average Income (from Schedule I, Line 16) | $ 2,430.19 |
|---|---|
| Average Expenses (from Schedule J, Line 18) | $ 2,461.27 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 2,000.50 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 30,805.35 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 66,061.98 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 66,061.98 |

B 6E (Official Form 6E) (04/10)

In re  DIANE KARIN GODFREY                    ,           Case No. 2:11-bk-50187-BR
                    Debtor                                              *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/10) – Cont.

**In re** DIANE KARIN GODFREY ,                    Case No. 2:11-bk-50187-BR
              Debtor                                                              *(if known)*

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units is set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                                         3    continuation sheets attached

B 6E (Official Form 6E) (04/10) – Cont.

In re  DIANE KARIN GODFREY                     ,        Case No. 2-11-bk-50187-BR
              Debtor                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 7017<br><br>Internal Revenue Service<br>1040 Waverly Avenue<br>Holtsville NY 11742 | | | 12/31/2004<br>Federal income/ self employment tax | | | | 3,517.43 | 3,517.43 | |
| Account No. 7017<br><br>Internal Revenue Service<br>1040 Waverly Avenue<br>Holtsville NY 11742 | | | 12/31/2006<br>Federal income/ self employment tax | | | | 513.47 | 513.47 | |
| Account No. 7017<br><br>Internal Revenue Service<br>1040 Waverly Avenue<br>Holtsville NY 11742 | | | 12/31/2007<br>Federal income/ self employment tax | | | | 4,452.11 | 4,452.11 | |
| Account No. 7017<br><br>Internal Revenue Service<br>1040 Waverly Avenue<br>Holtsville NY 11742 | | | 12/31/2008<br>Federal income/ self employment tax | | | | 7,963.42 | 7,963.42 | |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals) ·
(Totals of this page)
$ 16,446.33    $ 16,446.43

Total) ·
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)
$

Totals) ·
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)
$           $

B 6E (Official Form 6E) (04/10) – Cont.

In re  DIANE KARIN GODFREY ,   Case No. 2-11-bk-50187-BR
      Debtor                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 7017<br><br>Internal Revenue Service<br>1040 Waverly Avenue<br>Holtsville NY 11742 | | | 12/31/2009<br>Federal income & self employment tax | | | | 3,099.00 | 3,099.00 | |
| Account No. 7017<br><br>Franchise Tax Board<br>PO Box 942867<br>Sacramento CA 95267 | | | 12/31/2008<br>state income tax | | | | 437.81 | 437.81 | |
| Account No. 7017<br><br>Internal Revenue Service<br>1040 Waverly Avenue<br>Holtsville NY 11742 | | | 12/31/2010<br>Federal income and self-employment tax | | | | 7,848.21 | 7,848.21 | |
| Account No. 7017<br><br>Franchise Tax Board<br>PO Box 942867<br>Sacramento CA 95267 | | | 12/31/2010<br>state income tax | | | | 574.00 | 574.00 | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals► (Totals of this page)  $ 11,959.02  $ 11,959.02

Total► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ ▓▓▓

Totals► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  ▓▓▓  $ ▓▓▓  $ ▓▓▓

B 6E (Official Form 6E) (04/10) – Cont.

In re __DIANE KARIN GODFREY_____,   Case No. _2:11-bk-50187-BR_____
              Debtor                                             (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 8316<br><br>Franchise Tax Board<br>Bankruptcy Section, MS: A-340/ PO Box 2952<br>SacramentoCA95812-2952 | | | 5-31-2005 corporate minimum franchise tax | | | | 800.00 | 800.00 | |
| Account No. 8316<br><br>Franchise Tax Board<br>Bankruptcy Section, MS: A-340/PO Box 2952<br>Sacramento CA 95812 | | | 5-31-2006 corporate minimum franchise tax | | | | 800.00 | 800.00 | |
| Account No. 8316<br><br>Franchise Tax Board<br>Bankruptcy Section, MS: A-340/PO Box 2952<br>Sacramento CA 95812 | | | 4-11-2007 corporate minimum franchise tax | | | | 800.00 | 800.00 | |
| Account No. | | | | | | | | | |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals) ► (Totals of this page)     $ 2,400.00     $ 2,400.00

Total) ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $ 30,805.35

Totals) ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $ 30,805.35     $

DIANE K. GODFREY
38953 162nd St. E
Palmdale CA 93591
(510) 325-5270

Debtor in pro se

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re DIANE KARIN. GODFREY | / | CASE NO  2:11-bk-50187-BR |
| Debtor | / | CHAPTER 7 |
| | / | |

DECLARATION OF DEBTOR RE:
VERIFICATION OF SUPPLEMENTAL CREDITOR MAILING LIST
[LBR 1007-1(d)]

I, DIANE K. GODFREY, declare as follows:

1. I am the debtor in this case and declare that the attached supplemental creditor matrix and mailing list is accurate and complete.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 28, 2011 at Palmdale, California.

DIANE KARIN GODFREY
Debtor in Pro Se

SUPPLEMENTAL MASTER MAILING LIST

Franchise Tax Board
Bankruptcy Section MS A 340
PO Box 2952
Sacramento, CA 95812-2952

## PROOF OF SERVICE

I hereby certify that a copy of the Supplemental Cred tor Mailing List was mailed to the Trustee and that notice was given to all creditors, as set forth in the attached mailing list.

DATED: 9-28-2011

　　　　　　　　　　　　　　　　　　　DIANE KARIN GODFREY

MAILING LIST

United States Trustee
725 S. Figueroa St 26th fl
Los Angeles, CA 90017


Asset Acceptance LLC
PO Box 1630
Warren, MI 48090-2036


Capital One
PO Box 30281
Salt Lake City, UT 84130


Chase Bank USA
PO Box 15298
Wilmington, DE 19850


Citibank (South Dakota) NA c/o
Hunt & Henriques
151 Bernal Rd #8
San Jose, CA 95119


Dickinson Financial c/o
Nelson & Kennard
PO Box 13907
Sacramento, CA 95853


Franchise Tax Board
Bankruptcy Section MS A:340
PO Box 2952
Sacramento, CA 95812-2952

GE Capital/Walmart
PO Box 981400
El Paso, TX 79998

1

```
GE Money Bank/Chevron
PO Box 965015
Orlando, FL 32896


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


JH Portfolio Debt Equities
c/o Credit Control LLC
5757 Phantom Drive Suite 330
Hazelwood, MO 63042


Livingston Financial LLC
c/o George L Cohn Esq
PO Box 5000
Redondo Beach, CA 90278-9200


LVNV Funding LLC
PO Box 10584
Greenville, SC 29603


Pinnacle Credit
7900 Highway 7 #100
Saint Louis Park, MN 55426


Portfolio Recovery Services
120 Corporate Blvd
Norfolk, VA 23502


US Bank Reserve Line
PO Box 5227
Cincinnati, OH 45201


West Publishing Corp
PO Box 68433
St Paul, MN 55164-0833
```